

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00263-CV

| | | |
|---|---|---|
| In the Interest of M.H., II, a child | § | From County Court at Law No. 1 |
| | § | of Parker County (CIV-14-0611) |
| | § | Februrary 5, 2016 |
| | § | Opinion by Justice Gardner |
| | § | Concurring and Dissenting Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case as to Appellant Mother C.J.H. and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed as to termination of the parent-child relationship between Appellant Mother C.J.H. and the child, M.W.H., II, and the case is remanded to the trial court for further proceedings consistent with this opinion. **The trial court must commence a new trial no later than 180 days after the date this court issues the mandate in this appeal.**

This court has considered the record on appeal in this case as to Appellant Father M.W.H. and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed as to Appellant Father M.W.H.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
      Justice Anne Gardner